David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Eva Zupkova*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Eva Zupkova,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA; BANK OF AMERICA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; REALTIME RESOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; NEW PENN FINANCIAL, LLC;<br><br>    Defendants. | Case No. 2:16-cv-00760-GMN-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANSUNION LLC</u> ONLY** |

  Plaintiff Eva Zupkova and Transunion LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Transunion LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            May 25, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jason G. Revzin, Esq. |
| David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | Lewis Brisbois Bisgaard & Smith, LLP<br>*Attorney for Defendant TransUnion LLC* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 27, 2016