David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Eva Zupkova*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Eva Zupkova,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA; BANK OF AMERICA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; REALTIME RESOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; NEW PENN FINANCIAL, LLC;<br><br>    Defendants. | **Case No. 2:16-cv-00760-GMN-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA, NA ONLY</u>** |

Plaintiff Eva Zupkova and Bank of America, NA hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, NA**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:    August 22, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Rex Garner, Esq.<br>Rex Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br><br>*Attorney for Defendant Bank of America, NA* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 24, 2016