David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Eva Zupkova*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Eva Zupkova,<br><br>            Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA; BANK OF AMERICA, NATIONAL ASSOCIATION; ONE NEVADA CREDIT UNION; REALTIME RESOLUTIONS, INC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; NEW PENN FINANCIAL, LLC,<br><br>            Defendants. | **Case No. 2:16-cv-00760-GMN-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY** |

Plaintiff Eva Zupkova and EXPERIAN INFORMATION SOLUTIONS, INC hereby stipulate and agree that the above-entitled action shall be dismissed

…

…

…

Page **1** of **2**

with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, <u>EXPERIAN INFORMATION SOLUTIONS, INC</u>**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: December 13, 2016

| By: | By: |
|---|---|
| <u>/s/David H. Krieger, Esq.</u><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | <u>/s/ Jennifer L. Braster, Esq.</u><br>Jennifer L. Braster, Esq.<br>Maupin Naylor Braster<br>1050 Indigo Drive<br>Suite 200<br>Las Vegas, NV 89145<br>*Attorney for Defendant*<br>*EXPERIAN INFORMATION*<br>*SOLUTIONS, INC* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 13, 2016